IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERCIA,** | |
| **Plaintiff,** | |
| v. | Case No. 21-CR-30132-SPM-1 |
| **DESMOND PRUITT,** | |
| **Defendant.** | |

## MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

This matter comes before the Court on Defendant Desmond Pruitt's Amended Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c) and the United States Sentencing Guidelines Manual § 1B1.10 [hereinafter Guidelines], making Amendment 821 retroactive. (Doc. 62). The Government and Pruitt now agree to a sentence reduction in full.

The parties agree that the defendant is eligible for a reduction under Part A of Amendment 821, which amended § 4A1.1(e) (2023) and concerns criminal history points ("status points") awarded because a defendant was under a criminal sentence when he committed his offense of conviction. Pruitt's total offense level at sentencing was 21 and his criminal history category was IV, which provided for a sentencing range of between 57 to 71 months. The Court imposed a sentence of 60 months at the low end of the Guidelines range. (*See* Doc. 48). Pursuant to Amendment 821, Pruitt's criminal history score is reduced to five and the corresponding Category to III, resulting in a lower advisory guideline range of 46 to 57 months. Considering this

lowered range, the parties have agreed that a sentence reduction to 48 months is appropriate. The Court agrees for the reasons set forth in the Motion.

Accordingly, the Court **GRANTS** the agreed to amended motion (Doc. 62) and reduces the defendant's sentence of imprisonment from 60 months to 48 months on the single count, effective **February 7, 2024**. The Court attaches its standard order (AO Form 247) reflecting the sentence reduction. The Court **DENIES** the previous Motions for Sentence Reduction Pursuant to 18 USC 3582 Amendment 821 (Docs. 52, 59) as **MOOT**.

**IT IS SO ORDERED.**

**DATED:  February 7, 2024**

*s/ Stephen P. McGlynn*
**STEPHEN P. McGLYNN**
**U.S. District Judge**
